**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RODNEY SOSA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ORMAT TECHNOLOGIES, INC., a foreign corporation; RAIN FOR RENT, INC., a foreign corporation; DOES I-X, and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | CASE NO.   3:25-cv-00656-ART-CSD<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO AMEND COMPLAINT, CAPTION AND TO DISMISS PLAINTIFF'S CLAIMS FOR PUNITIVE DAMAGES AGAINST ALL DEFENDANTS, WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff RODNEY SOSA ("Plaintiff"), and Defendants ORMAT TECHNOLOGIES, INC. and WESTERN OILFIELDS SUPPLY COMPANY dba RAIN FOR RENT (collectively "Defendants"), by and through their respective counsel of record, as follows:

1.      That Plaintiff's claim for Punitive Damages set forth in the Complaint filed on October 6, 2025, be dismissed against all Defendants in this action, Without Prejudice.

2.      That Defendant RAIN FOR RENT, INC. be substituted with and properly identified as Defendant WESTERN OILFIELDS SUPPLY COMPANY dba RAIN FOR RENT, a foreign corporation, in the Case Caption and Amended Complaint.

3.      That Defendant ORMAT TECHNOLOGIES, INC. be substituted with and properly identified as Defendant ORMAT NEVADA INC., a foreign corporation, in the Case Caption and Amended Complaint.

-1-

*Rodney Sosa v. Ormat Technologies, Inc., et al.*
*Case No. 3:25-cv-00656*

4.    That Plaintiff shall be permitted to amend his Complaint as set forth in the proposed First Amended Complaint attached hereto as **Exhibit 1**, and incorporated by reference herein.

5.    That Defendants shall have fourteen (14) days from the date the First Amended Complaint is served to file their answer to the First Amended Complaint.

DATED this 21st day of May 2026.

INJURY LAWYERS OF NEVADA


/s/ Jared B. Anderson
JARED B. ANDERSON, ESQ.
Nevada Bar No. 9747
DAVID J. CHURCHILL, ESQ.
Nevada Bar No. 7308
4001 Meadows Lane
Las Vegas, Nevada 89101

Attorneys for Plaintiff RODNEY SOSA

DATED this  27th day of May 2026.

THORNDAL ARMSTRONG, PC


/s/  Michael C. Hetey
MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, Nevada 89101

Attorneys for Defendant WESTERN OILFIELDS SUPPLY COMPANY dba RAIN FOR RENT (incorrectly named as RAIN FOR RENT, INC.)

DATED this 26th  day of May 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP


/s/ Brandon D. Wright
BRANDON D. WRIGHT, ESQ.
Nevada Bar No. 13286
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511

Attorneys for Specially Appearing Defendant ORMAT NEVADA INC. (incorrectly named as ORMAT TECHNOLOGIES, INC.)

**IT IS SO ORDERED.**


ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

Dated: June 17, 2026

-2-

*Rodney Sosa v. Ormat Technologies, Inc., et al.*
*Case No. 3:25-cv-00656*